UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
VINCENT McCRUDDEN,                         :
                                           :
      Plaintiff,                         :   Civ. No. 14-3532 (RBK) (AMD)
                                           :
  v.                                       :   **MEMORANDUM & ORDER**
                                           :
UNITED STATES OF AMERICA,                  :
                                           :
      Defendants.                        :
_____  :

    Plaintiff was previously incarcerated at F.C.I. Fort Dix, in Fort Dix, New Jersey. He has since been released and is now living in Queens, New York. Plaintiff initially brought this action *pro se* in the United States District Court for the Southern District of New York. He claims correctional officers assaulted him while he was incarcerated at F.C.I. Fort Dix on August 31, 2012.

    On May 27, 2014, the Southern District of New York transferred this action to this Court. Federal Rule of Civil Procedure 11(a) states that every pleading must be signed by the party personally if the party is unrepresented. In this case, plaintiff failed to sign his complaint. Accordingly, the Court will give plaintiff a short period of time to correct this omission. *See* FED. R. CIV. P. 11(a).

    Therefore, IT IS on this   23rd   day of   June,   2014,

    ORDERED that plaintiff shall have twenty-one (21) days to file a signed copy of his complaint; and it is further

ORDERED that plaintiff's failure to file a signed copy of his complaint within the time allotted will result in the complaint being struck and the administrative termination of this case.

s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge