NOT FOR PUBLICATION (Doc. No. 13)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

_____  :
                                     :
VINCENT MCCRUDDEN,                   :
                                     :
             Plaintiff,              :
                                     :  Civil No. 14-3532 (RBK/AMD)
      v.                             :
                                     :  **ORDER**
UNITED STATES OF AMERICA, et al.,    :
                                     :
             Defendants.             :
_____  :
                                     :

**KUGLER**, United States District Judge:

    **THIS MATTER** having come before the Court upon Plaintiff Vincent McCrudden's ("Plaintiff") motion for default judgment against Defendants United States of America, United States Department of Justice, Federal Bureau of Investigation, Bureau of Prisons, Donna Zickefoose, and Anderson (collectively "Defendants") pursuant to Fed. R. Civ. P. 55 (Doc. No. 13), and the Court having considered the moving papers and responses thereto; and

    **IT APPEARING TO THE COURT** that Plaintiff has not sought an entry of default from the clerk of court, nor has the clerk of court entered default; and

    **THE COURT NOTING** that a party seeking relief under Fed. R. Civ. P. 55 must obtain an entry of default from the clerk of court pursuant to Fed. R. Civ. P. 55(a) as a precondition to obtaining a default judgment by the court, see <u>DeTore v. Local No. 245 of Jersey City Pub. Emps. Union</u>, 511 F. Supp. 171, 176 (D.N.J. 1981); <u>Husain v. Casino Control Comm'n</u>, 265 Fed. App'x 130, 133 (3d Cir. 2008);

1

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment is **DENIED WITHOUT PREJUDICE**.  Plaintiff may re-file his motion following the clerk's entry of default.


Dated:   3/26/2015                                                    s/ Robert B. Kugler
                                                                                                  ROBERT B. KUGLER
                                                                                                  United States District Judge